In the Matter of the Probate of the Will of WILLIAM H.
CLARK, Deceased.
CAROLINE F. LESTER et al., Appellants; SETH C. CLARK,
Individually and as Executor, Respondent.

*Matter of Clark*, 160 App. Div. 908, affirmed.
(Argued April 13, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 31, 1913, which affirmed a decree of
the Kings County Surrogate's Court admitting to probate
the will and codicil of William H. Clark, deceased.
Objections had been filed upon the grounds that the
testator did not execute the codicil; that he was not of
sound mind or memory or mentally capable of making a

codicil and that the codicil was procured by fraud and undue influence practiced upon the decedent by the respondent here.

*Gustave Lange, Jr.,* and *George B. Lester* for appellants.

*William J. Bolger* for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.